# HiSteel Co., Ltd. v. United States, 20-00146
## Additional Questions for Oral Argument, 7/14/2021

**Additional Questions to Plaintiffs Histeel Co., Ltd. and Kukje Steel Co., Ltd. ("Plaintiffs"):**

1. The Government contends that Plaintiffs did not provide sufficient evidence to substantiate their conclusion that there is an unstable relationship between the independent variables and the price of steel in Commerce's regression model.  Def.'s Resp. to Pls.' Mot. for J. on Agency R. at 27–28, Mar. 16, 2021, ECF No. 41 ("Def.'s Br.").  Please address this argument.

2. Please identify any previous court precedent that is relevant for determining whether Commerce's regression methodology is reasonable in this instance.

**Additional Questions to Defendants the United States, et al. ("Government"):**

1. Plaintiffs argue that when Commerce is evaluating the potential impact of Korean HRC subsidies on the HRC market, Commerce cannot assume that upstream subsidies affect downstream prices.  <u>See</u> Reply Br. of HiSteel Co., Ltd. and Kukje Steel Co., Ltd. at 7, Apr. 13, 2021, ECF No. 43 ("Pls.' Reply Br.").  Please identify any prior case or statutory authority that permits Commerce to make such an assumption in a PMS determination.

2. Plaintiffs argue that Commerce's regression model is unsuitable for this analysis because when the regression model is applied to different five-year time periods, the coefficient for uneconomic capacity, which is the basis of the PMS calculation, varies significantly.  See Pls.' Mot. for J. on the Agency R. at 26–30, Jan. 4, 2021, ECF No. 33 ("Pls.' Br.").  Please address this argument.
    a. Specifically, does the Government argue that instability between the dependent and independent variables is not a concern or that the evidence Plaintiffs present does not indicate instability at all?