IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HISTEEL CO., LTD. and KUKJE STEEL CO., LTD.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>NUCOR TUBULAR PRODUCTS INC. and ATLAS TUBE AND SEARING INDUSTRIES,<br><br>        Defendant-Intervenors. | Before: Hon. Gary S. Katzmann, Judge<br><br>Court No. 20-00146 |

## DEFENDANT-INTERVENORS' COMMENTS ON REMAND REDETERMINATION

| | |
|---|---|
| Alan H. Price, Esq.<br>Robert E. DeFrancesco, III, Esq.<br>Enbar Toledano, Esq.<br>Jake R. Frischknecht, Esq. | Roger B. Schagrin, Esq.<br>Elizabeth J. Drake, Esq.<br>Christopher T. Cloutier, Esq.<br>Luke A. Meisner, Esq.<br>William A. Fennell, Esq.<br>Kelsey M. Rule, Esq. |
| **WILEY REIN LLP**<br>**2050 M Street, NW**<br>**Washington, DC 20036**<br>**(202) 719-7000** | SCHAGRIN ASSOCIATES<br>**900 Seventh Street, NW**<br>**Suite 500**<br>**Washington, DC 20001**<br>**(202) 223-1700** |
| *Counsel to Nucor Tubular Products Inc.* | *Counsel to Atlas Tube and Searing Industries* |

**Dated: July 14, 2022**

I.     ***HYUNDAI STEEL* IS BINDING ON THIS COURT**

On behalf of Defendant-Intervenors Nucor Tubular Products Inc. ("Nucor Tubular") and Atlas Tube and Searing Industries (collectively, "Defendant-Intervenors"), we respectfully submit the following comments on the U.S. Department of Commerce's ("Commerce") remand results regarding the 2017-2018 administrative review of the antidumping duty order of heavy walled rectangular carbon welded steel pipes and tubes ("HWR") from the Republic of Korea (Case No. A-580-880). Final Results of Redetermination Pursuant to Ct. Remand, *HiSteel Co., Ltd., and Kukje Steel Co., Ltd. v. United States*, Court No. 20-00146, Slip Op. 21-126 (CIT Sept. 2021) (Dec. 15, 2021), ECF No. 68 ("Remand Redetermination"). These comments are timely filed pursuant to the joint status report filed on July 14, 2022.

In the remand redetermination, under respectful protest, Commerce found that a particular market situation ("PMS") did not distort the cost of production of HWR in Korea during the period of review, reversing its prior determination after this Court found that Commerce was not empowered to make a PMS adjustment prior to conducting the sales-below-cost test. *See id.* at 1, 5. As a result, Commerce revised its dumping margins for HiSteel Co., Ltd. and Kukje Steel Co., Ltd. to 9.90 and 1.91 percent, respectively. *Id.* at 6.

In *Hyundai Steel Co. v. United States*, 19 F.4th 1346 (Fed. Cir. 2021), the United States Court of Appeals for the Federal Circuit ruled that the Trade Preferences Extension Act of 2015 did not authorize Commerce to apply a cost-based adjustment when the agency finds that a PMS has distorted a respondent's cost of production. *Id.* at 1348. Nucor Tubular submits that, because *Hyundai Steel* is binding on this court and now final, it is appropriate for the Court to affirm the Remand Redetermination.

## II. <u>CONCLUSION</u>

For the foregoing reasons, affirming the Remand Redetermination is appropriate.

Respectfully submitted,

| */s/ Robert E. DeFrancesco, III* | */s/ Roger B. Schagrin* |
|---|---|
| Alan H. Price, Esq. | Roger B. Schagrin, Esq. |
| Robert E. DeFrancesco, III, Esq. | Elizabeth J. Drake, Esq. |
| Enbar Toledano, Esq. | Christopher T. Cloutier, Esq. |
| Jake R. Frischknecht, Esq. | Luke A. Meisner, Esq. |
| | William A. Fennell, Esq. |
| | Kelsey M. Rule, Esq. |
| **WILEY REIN LLP** | **SCHAGRIN ASSOCIATES** |
| 2050 M Street, NW | 900 Seventh Street, NW |
| Washington, DC 20036 | Suite 500 |
| (202) 719-7000 | Washington, DC 20001 |
| | (202) 223-1700 |
| *Counsel to Nucor Tubular Products Inc.* | *Counsel to Atlas Tube and Searing Industries* |

Dated: July 14, 2022